UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MOHAMED KHAIRULLAH, *et al.*

*Plaintiffs,*

v.

MERRICK GARLAND, Attorney General of the United States, in his Official Capacity, *et al.*

*Defendants.*

Civil Action No: 3:23-cv-30095-MGM

## DEFENDANTS' MOTION TO TRANSFER, OR IN THE ALTERNATIVE, TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Federal Rule of Civil Procedure 12(b)(6), 28 U.S.C. § 1404, and 28 U.S.C. § 1406(a), Defendants in the above-captioned action hereby move to transfer this case or, in the alternative, to dismiss the Plaintiffs' Complaint for failure to state a claim. The grounds supporting this Motion are set forth in the accompanying Memorandum of Law. Proposed orders are also attached.

Dated: February 20, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Alexandra J. Widas*
ALEXANDER N. ELY
ALEXANDRA J. WIDAS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Washington, DC 20005

Tel: (202) 993-5177; Fax: (202) 616-8470
alexander.n.ely@usdoj.gov
alexandra.j.widas@usdoj.gov

*Counsel for Defendants*

## REQUEST FOR ORAL ARGUMENT

Per Local Rule 7.1(d), to the extent that oral argument may assist the court in the resolution of the issues contained in this motion, Defendants request oral argument at a date and time at which the parties may be heard.

*/s/ Alexandra J. Widas*

Alexandra J. Widas

*Counsel for Defendants*