UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Khairullah et. al., <br><br> Plaintiffs', <br><br> v. <br><br> Meyer et al., <br><br> Defendants', | Civil Action No. 23-30095-MGM |

**ORDER OF TRANSFER**
January 20, 2026

**MASTROIANNI, U.S.D.J.**

Pursuant to the Electronic Order (Dkt. No. 111) issued on January 20, 2026, it is hereby ORDERED that the above-entitled action be transferred to the United States Court for District of Columbia.  This matter is now closed.

By the Court,

January 20, 2026        /s/ *Mark G. Mastroianni*
Date                    Mark G. Mastroianni
                         U.S. District Judge